435 A.2d 662

Commonwealth v. Shade, Appellant.

Submitted September 11, 1980. Gary S. Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.